## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **CHERRYANN ROYES** | : | |
| **Plaintiff** | : | |
| | : | **Case No. 3:18-cv-180-** |
| | : | |
| **vs.** | : | |
| | : | |
| | : | |
| | : | **January 31, 2018** |
| **UNITED STATES OF AMERICA** | : | |
| **Defendant** | : | |

## <u>COMPLAINT</u>

### PARTIES

1.      This is a personal injury claim arising from a motor vehicle collision that occurred on 4/3/2015 at approximately 8:04 AM at the intersection of Trumbull Street and Chapel Street South in Hartford, Connecticut.

2.      The plaintiff is Cherryann Royes, a resident of New Britain, Connecticut.

3.      The defendant is the United States of America, which was (a) the owner of the 2014 Ford C-Max (government vehicle) that crashed into plaintiff's car and (b) the employer of the driver that ran the red light at the intersection.

### JURISDICTION

4.      This is an appropriate claim under the Federal Tort Claims Act (FTCA), 28 U.S.C. § 2671 et seq because a government employee caused the collision while driving a government vehicle while within the scope of her employment.

5.      Plaintiff has satisfied the prerequisites of 28 U.S.C. § 2675 by (a) filing an administrative claim with IRS Claims Management within the two-year statute of

limitations (see Exhibit A); and (b) by filing this lawsuit more than six months after filing the administrative claim but within six months of the denial of the claim (see Exhibit B).

**VENUE**

6.      Venue in the District of Connecticut is proper pursuant to 28 U.S.C. § 1402 because (a) the plaintiff currently resides the district, (b) the collision occurred in the district, and (c) plaintiff's the medical treatment occurred in the district.

**FACTS**

7.      For all times relevant to this complaint, Coreen Malone (tortfeasor) was an employee of the Internal Revenue Service and was driving the government vehicle in the course of her employment and with the defendant's knowledge and permission.

8.      It is more likely than not that the collision and plaintiff's injuries, harms, and losses were caused by the tortfeasor's negligence while driving the government vehicle in one or more of the following ways:

a.      she ran a red light; and/or

b.      she failed to maintain proper attention while driving; and/or

c.      she failed to keep her motor vehicle under proper control; and/or

d.      she failed to keep a proper and reasonable lookout for other vehicles on the road; and/or

e.      she failed to stop her motor vehicle so as to avoid the crash; and/or

f.      she failed to apply the brakes in a sufficient or timely manner so as to avoid or diminish the impact of the collision; and/or

g.      she failed to turn the car in a sufficient or timely manner so as to avoid or diminish the impact of the collision; and/or

Advocates Law Firm, LLC • 11 Franklin Square • New Britain, CT 06051 • FAX 860-348-1942 • 860-348-1900 • Juris No. 412771

h.    she failed to sound the horn or otherwise give a sufficient or timely warning so as to avoid or diminish the impact of the collision; and/or

i.    she failed to stop at a control signal in violation of General Statute § 14-299; and/or

j.    she failed to yield the right of way.

**DAMAGES**

9.    It is more likely than not that as a result of the collision, plaintiff suffered, and will suffer in the future, non-economic damages for harms and losses, such as and including:

a.    injuries to her body, including her neck, lower back, knees, arms, left shoulder, hips, thighs, legs, numbness in left hand, cervical strain, lumbar strain, muscle spasms, headaches, ocular migraines and memory deficiencies.

b.    physical pain and suffering;

c.    mental and emotional suffering;

d.    lost or diminished ability to fully enjoy life's pleasures;

e.    lost or impaired function;

f.    interference with daily life's activities;

g.    physical disability or interference;

h.    pain from medical treatment and therapy; and

i.    permanent injuries and losses.

10.    It is also more likely than not that as a result of the collision, the plaintiff suffered, and will suffer in the future, economic damages for monetary harms and losses, such as and including:

a.    costs of medical care and treatment; and

b.    lost wages and earning capacity; and

- 3 -

    c.       damage to personal property

**CLAIM FOR DAMAGES:**

**WHEREFORE**, the Plaintiff claims:

    1.       Money damages in the amount of $250,000.00  (Two Hundred Fifty

               Thousand Dollars); and

    2.       Any other legal or equitable relief the court deems appropriate.

                                        **PLAINTIFF,**

By  _/s/ Ron Murphy_
          Atty. Ron Murphy [ct00265]
          Advocates Law Firm LLC
          11 Franklin Square
          New Britain, CT 06051
          (860) 348-1900
          (860) 348-1942 (Fax)
          Murphy@AdvocatesLawFirm.com